UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:22-cr-44

vs.

FRANKLIN HUMPHRYS,              District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) CONSTRUING DEFENDANT FRANKLIN HUMPHRYS'S NOTICE OF INTENT TO CHANGE PLEA (Doc. No. 34) AS A MOTION; AND (2) HALTING THE SPEEDY TRIAL CLOCK PENDING DEFENDANT'S CHANGE OF PLEA HEARING**
_____

This criminal case comes before the Court on Defendant Franklin Humphrys's Notice of Intent to Change Plea. Doc. No. 34. The Court construes Defendant's notice as a motion that halts the Speedy Trial clock pending Defendant's change of plea hearing. *See* 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

  February 28, 2023                                        s/Michael J. Newman
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge