UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:22-cr-44

vs.

FRANKLIN HUMPHRYS,                     District Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 38)

       This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Franklin Humphrys's guilty plea.  Doc. No. 38.  There being no objections, the Court **ADOPTS** the report and recommendation in full.  The Court accepts Defendant's plea of guilty to count two of the indictment currently pending against him and finds him guilty as charged of knowingly and intentionally possessing matter containing one or more visual depictions of minors engaging in sexually explicit conduct that has been transported in interstate and foreign commerce, including one or more visual depictions that involved a prepubescent minor or a minor who had not attained twelve years of age, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).  *See* Doc. No. 15. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

       **IT IS SO ORDERED.**

   April 17, 2023                                      s/Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge