UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:22cr44 |
| vs. | |
| FRANKLIN HUMPHRYS, | District Judge Michael J. Newman |
| Defendant. | |

**ORDER REQUIRING THE PARTIES TO FILE, BY AUGUST 28, 2024, A JOINT STATUS REPORT REGARDING RESTITUTION**

The parties are hereby **ORDERED** to **FILE** a joint status report, by August 28, 2024, informing the Court whether they have reached an agreement regarding restitution or whether any restitution issues remain to be resolved.

**IT IS SO ORDERED**.

August 20, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge